IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LOUIS WAGGONER, a/k/a LOUIS WAGGONER ESTATE AND TRUST, SUBROGEE, BENEFICIARY and LAWRENCE HILL, a/k/a LAWRENCE HILL ESTATE AND TRUST, SUBROGEE, BENEFICIARY, <br><br>    Plaintiffs, <br><br>VS. <br><br>U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR BAYVIEW FINANCIAL REVOLVING ASSET TRUST 2005-EV, ET AL., <br><br>    Defendants. | CIVIL ACTION NO. <br><br>3:23-CV-2506-G-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court accepts the Findings, Conclusions and Recommendation of the United States

Magistrate Judge.  This case is **DISMISSED WITHOUT PREJUDICE** for the plaintiffs' failure to comply with a court order and failure to prosecute.

    **SO ORDERED**.

August 19, 2024.

                                                   _/s/ A. Joe Fish_
                                                   **A. JOE FISH**
                                                   **Senior United States District Judge**